In re Nicor Marine, Inc., Arthur Levy Enterprises, Inc., Nicor Marine International Inc., Gulf Boat Marine Service, Inc., Service Boat Rentals, Inc., E & D Boat Rentals, Inc., E & D Marine Services, Inc., Secor Offshore, Inc., Anna Offshore, Inc., Triangle Marine, Inc., Waveland Marine Services, Inc., Horn-beck Offshore (1984) Corporation, T. Benette Corporation, Point Marine, Inc. d/b/a Horn-beck Offshore Operators (Morgan City), Inc., and Hombeek Offshore (1991-11) Corp.: Plaintiffs); applying for writ of certiorari and/or review to the Court of Appeal, Third Circuit, Nos. 94^1494, 94-1495, 94-1496, 94-1497, 94r-1498, 94-1499, 94-1500, 94-1501, 94-1502, 94-1503 and 94-1504, Parish of Cameron, 38th Judicial District Court, Nos. 10-10946, 10-11308, 10-11309, 10-13232, 10- *1012 18233, 10-13244, 10-13245, 10-13566, 10-13567,10-13577 and 10-13578.
Granted.